LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
  K. Luan Tran (Bar No. 193808)
  Enoch H. Liang (Bar No. 212324)
1055 W. Seventh Street, Suite 2820
Los Angeles, CA  90017
Tel: 213-612-3737
Fax: 213-612-3773
Email: jml@ltlcounsel.com
          klt@ltlcounsel.com
          ehl@ltlcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUBOCKI, *et al.*, | ) Case No. CV 07-2959-SJO (JCx) |
| Plaintiffs, | ) |
| v. | ) Judge: Hon. S. James Otero |
| ZIPREALTY, INC., | ) **ORDER** |
| Defendant. | ) |

1

# ORDER

Plaintiffs' Motion for Order Approving Notice to Class Members Regarding State Bar of California's Client Security Fund came on regularly for hearing on June 8, 2009.  The Court, being fully advised, having considered any opposition, oral argument, and the record, orders as follows:

Plaintiffs' Motion is GRANTED.

IT IS ORDERED that the Proposed Notice submitted with the *Supplemental Declaration of James M. Lee* filed on June 15, 2009 be distributed to Class Members who submitted a valid settlement claim.  The Notice may be mailed by The Garden City Group, Inc.  Before mailing the Notice, The Garden City Group will update the addresses of the Settlement Class Members through the National Change of Address ("NCOA") database.  If a Notice is returned to Class Counsel with a forwarding address, Class Counsel will forward the Notice to the new address.  If a Notice is returned as undeliverable, Class Counsel will so inform The Garden City Group, which will conduct a supplemental address search.  If a new address is located through that search, then Class Counsel will forward the Notice to that new address.  If a Notice is returned as undeliverable, and no new address is located through the supplemental address search, neither Class Counsel nor The Garden City Group will have any further obligation to attempt to send a Notice to that Class Member.

The Court also approves the posting by Class Counsel of the corrected version of the pre-filled application for reimbursement from the Client Security Fund, Ex. B to the Second Supplemental Declaration of James M. Lee, filed July 15, 2009, on Class Counsel's website for class members: www.LTLCLASSACTIONINFO.com.

[PROPOSED] ORDER

1 | IT IS SO ORDERED.

2 | DATE:  July 19, 2009

3

4

_____
Hon. S. James Otero
United States District Court
Central District of California

5

6 | Respectfully submitted by:

7

8

_____

9 | James M. Lee
Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3